**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIO A. GONZALEZ,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>GAVIN NEWSOM et al.,<br><br>　　　　　Defendants. | ) No. CV 23-5727-FMO (JPR)<br>)<br>) **ORDER ACCEPTING MAGISTRATE**<br>) **JUDGE'S REPORT AND RECOMMENDATION**<br>)<br>)<br>)<br>)<br>) |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the other records on file herein, and the Magistrate Judge's Report and Recommendation.  The Court accepts the findings and recommendations of the Magistrate Judge.

　　　ACCORDINGLY, IT IS ORDERED THAT:

　　　1.　The Complaint is dismissed for failure to prosecute and failure to state a claim.

　　　2.　Judgment be entered consistent with this order.

　　　3.　The clerk serve this Order on all counsel or parties of record.


DATED: October 9, 2024　　　　　　　/s/
　　　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE