**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO A. GONZALEZ, | ) Case No. CV 23-5727-FMO (JPR) |
| Plaintiff, | ) |
| | ) **J U D G M E N T** |
| v. | ) |
| GAVIN NEWSOM et al., | ) |
| Defendants. | ) |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS HEREBY ADJUDGED that the action is dismissed and Judgment be entered in Defendants' favor.

DATED: October 9, 2024            /s/
                          FERNANDO M. OLGUIN
                          U.S. DISTRICT JUDGE